
## RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

MICHAEL F. PANAYOTOU

June 5, 2026

**VIA CM/ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___June 8, 2026___

## MEMORANDUM ENDORSED

Re:  *The Travelers Property Casualty Company of America v.*
*Harleysville Insurance Company of New York and*
*Harleysville Worcester Insurance Company*
Case No.: 26-cv-03434 (GHW)
RR File No.:  004584.00584

Dear Judge Woods:

This firm represents Plaintiff, The Travelers Property Casualty Company of America ("Travelers"), in the above-referenced action.  We write jointly with counsel for Defendants, Harleysville Insurance Company of New York and Harleysville Worcester Insurance Company (collectively, "Defendants") and respectfully request an adjournment of the initial pretrial conference, currently scheduled for June 24, 2026. The reason for the request is to permit Defendants to respond to the complaint, as their response is due June 22, 2026, and to permit the parties to have a meaningful meet and confer in advance of the conference, after Defendants have responded.

The parties propose the following dates for the conference: July 9, 10, 11, 16, 17, or 18, 2026. This is the first adjournment request for the conference and no other scheduled deadlines would be affected by this adjournment, except for the filing of the joint letter/proposed case management plan, which would be due one week before the adjourned date of the conference. The parties thank the Court for the consideration of this request.

Application granted.  The parties' June 5, 2026 request to adjourn the initial pretrial conference, Dkt. No. 19, is granted.  The initial pretrial conference scheduled for June 24, 2026 is adjourned to August 18, 2026 at 1:00 p.m.  The joint status letter and proposed case management plan described in the Court's April 28, 2026 order are due no later than August 11, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

Respectfully submitted,

/s/ Michael F. Panayotou.

SO ORDERED.
Dated:  June 8, 2026

Cc: *All Counsel of Record, via CM/ECF*

GREGORY H. WOODS
United States District Judge

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale. NY 11556-0926
T 516.357.3000  F 516.357.3333